PAULINE SHERLING, Appellant, v. LING REALTY CORPORATION and Others, Respondents, and Others, Defendants.— Judgment unanimously affirmed, with

---

* Appeal dismissed, 256 N. Y. ——.

costs. No opinion. Present — Young, Kapper, Hagarty, Carswell and Scudder, JJ.